**UNITED STATES DISTRICT COURT**
for
NORTHERN DISTRICT OF TEXAS

## Report on Offender Under Supervision - Court Decision Requested

| | |
|---|---|
| Name of Offender: | Jason Chadwick Doze      Case No.: 3:10-CR-119-P(01) |
| Name of Sentencing Judge: | Chief U.S. District Judge Jorge A. Solis |
| Date of Original Sentence: | November 17, 2010 |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vii)) |
| Original Sentence: | 78 months custody, 4-year term of supervised release |
| Type of Supervision: | Supervised Release    Date Supervision Commenced: January 21, 2015 |
| Assistant U.S. Attorney: | Gary C. Tromblay     Defense Attorney: Pamela H. Liston (Court appointed) |

## Notification To The Court For Cause As Follows:

**I.**

The following information/request is being presented for the Court's review and decision:

Jason Doze has submitted a request for permission to travel to Cabo Frio, Brazil from January 20, 2018, through January 31, 2018, for a vacation to celebrate his college graduation from The University of Texas. He will be accompanied by his mother Doris Doze, and they will be residing at the Pousada Pe N' Areia Hospedagem located at Rua Omar Fontoura, 555 Cabo Frio. In accordance with policy guidelines regarding travel outside the United States, the request is referred to the Court for consideration.  At the time of sentencing, the Court imposed the standard conditions of supervision, in addition to special conditions of supervision, and Mr. Doze has been in compliance with all court-ordered conditions.  Further, he has been a full-time student, while working sporadically, has a stable residence, and has had no violations since he began supervision.  Mr. Doze has been monitored on the low risk caseload since January 1, 2015 and has complied with all requirements.  A criminal records check did not locate any new arrests or pending criminal activity.

**II.**

The probation officer recommends the following action for the Court to consider:

In view of Mr. Doze's established residence and compliant attitude toward supervision, it is respectfully recommended that the requested travel to Brazil be approved.  He will be instructed to notify the U.S. Probation Officer upon his return to the United States.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on December 8, 2017

s/Stephanie M. Roper
Stephanie M. Roper
Supervising U. S. Probation Officer
Prepared by: Wayne Webb
U.S. Probation Technician
Fort Worth, Texas
Phone: 817-840-0745
Fax: 817-978-3726

Approved,

s/Stephanie M. Roper
Supervising U.S. Probation Officer
Arlington, Texas
Phone: 817-505-1039

**Order of the Court:**

- [X] Agrees with the recommendation of the probation officer.
- [ ] Disagrees with the recommendation of the probation officer.
- [ ] Other or Additional:
- [ ] File under seal until further order of the Court.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
U.S. District Judge

  December 8, 2017
Date

WW