# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS



CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 JAN 24  PM 2: 18

DEPUTY CLERK

## Report on Offender Under Supervision - Court Decision Requested

Name of Offender:   Jason Chadwick Doze                     Case No.: 3:10-CR-119-P(1)

Name of Sentencing Judge:   U.S. District Judge Ed Kinkeade

Date of Original Sentence:   November 17, 2010

Original Offense:   Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vii))

Original Sentence:   78 months custody, 4-year term of supervised release

Type of Supervision:   Supervised Release     Date Supervision Commenced:   January 21, 2015

Assistant U.S. Attorney:   Gary C. Tromblay          Defense Attorney:   Pamela H. Liston
                                                                              (Court appointed)

## Notification To The Court For Cause As Follows:

On December 8, 2017, the Court granted permission for Mr. Doze to travel to Brazil from January 20, 2018, through January 31, 2018. His travel itinerary changed therefore a new 12E is being submitted for the Court's consideration with current travel dates.

### I.

The following information/request is being presented for the Court's review and decision:

Jason Doze has submitted a request for permission to travel to Cabo Frio, Brazil from March 6, 2018, through March 15, 2018, for a vacation to celebrate his college graduation from The University of Texas. He will be accompanied by his mother Doris Doze, and they will be residing at the Rusa Rosalina Terra located at 6 28915-390 Cabo Frio RJ Brazil. In accordance with policy guidelines regarding travel outside the United States, the request is referred to the Court for consideration. At the time of sentencing, the Court imposed the standard conditions of supervision, in addition to special conditions of supervision, and Mr. Doze has been in compliance with all court-ordered conditions. Further, he has been a full- time student, while working sporadically, has a stable residence, and has had no violations since he began supervision. Mr. Doze has been monitored on the low risk caseload since January 1, 2015 and has complied with all requirements. A criminal records check did not locate any new arrests or pending criminal activity.

### II.

The probation officer recommends the following action for the Court to consider:

In view of Mr. Doze's established residence and compliant attitude toward supervision; it is respectfully recommended that the requested travel be approved.

Jason Chadwick Doze
Report on Offender Under Supervision - Court Decision Requested

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on January 22, 2018                   Approved,

s/Stephanie M. Roper                           s/Stephanie M. Roper
_____                _____
Stephanie M. Roper                             Supervising U.S. Probation Officer
Supervising U. S. Probation Officer            Phone:  817-505-1039
Prepared by: Wayne Webb
U.S. Probation Technician
Fort Worth, Texas
Phone: 817-840-0745
Fax: 817-978-3726

---

**Order of the Court:**

☑   Agrees with the recommendation of the probation officer.

☐   Disagrees with the recommendation of the probation officer.

☐   Directs the probation officer to submit a request for modifying the conditions or term of
supervision.

☐   Directs the probation officer to submit a request for a warrant or summons.

☐   Other or Additional:

☐   File under seal until further order of the Court.

_____
Ed Kinkeade
U.S. District Judge

_____
Date   1/23/2018

WW